# UNITED STATES DISTRICT COURT
## District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S.
COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

October 5, 2004

RECEIVED
2004 OCT -6 P 1:10
FINANCIAL DISCLOSURE OFFICE

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee On Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

    Re:    Calendar Year 2003 Filing

Dear Judge Lisi:

The following is in response to your letter dated August 4, 2004. Sorry for the long delay in responding but many of the items were due to the gap in time between my nomination report filing and the report filed on June 7, 2004.

1. Part VII, page 1, lines 3 and 5 listed as PNC Bank were reported on line 19 of the nomination report.

2. Part VII, page 1, line 19 should have had - bought September 23rd with a value Code J.

   Lines 23-28 listed various assets should have Code X next to them as exempt.

3. Part VII, page 2, line 21 should have had a Code N in value code.

4. Part VII, page2, line 29 should have had American Savings Bank listed as income Code A, interest, valuation Code J and method Code T.

5. Part VII, page 2, line 4 should have been listed as sold August 29th, valuation Code J, gain Code A.

   Line 7 sold August 29th, valuation Code L, gain Code A.

   Line 8 sold August 29th, valuation Code L, gain Code A.

   Line 11 sold August 29th, valuation Code L, gain Code A.

Line 18 still owned, should have been listed as income Code A, type interest, value Code K and Method T.

Line 19 was discussed in our response number one above.

I hope this information addresses all the issues raised. Should you require any additional information or have any further questions, please do not hesitate to contact me.

Very truly yours,



e L. Linares

JLL/ler
cc: Walter Fitzsimmons, CPA
    DeFalco & Company

AO-10
Rev. I/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LINARES, JOSE L | 2. Court or Organization<br><br>U.S. DISTRICT COURT NEW JERSEY | 3. Date of Report.<br><br>6/7/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>FEDERAL COURTHOUSE<br>50 WALNUT ST ROOM 5054<br>NEWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   121300 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA, ESQS AND JOSE LINARES (CONT'D PART 8) |

RECEIVED Jun 15 11 45 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01012001 | LINARES, COVIELLO & SANTANA ESQS. POST SALE FEES | 11885 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12312003 | PARTY CITY OF ORANGE, INC. SALARY |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. TREASURY (IRS) | 2003 INCOME TAXES DUE 4/15/04 | K |
| 2. CATHAY BANK | PERSONAL | L |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L | 6/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   PARTY CITY ORANGE INC. | G | Dividend | O | W | | | | | |
| 2.   PARTY CITY WARWICK RI INC. | F | Dividend | O | W | | | | | |
| 3.   PNC BANK | B | Interest | N | T | | | | | |
| 4.   NOTE RECEIVABLE LINARES MANAGEMENT | B | Interest | K | U | | | | | |
| 5.   PNC BANK | A | Interest | J | T | | | | | |
| 6.   FIRST INVESTORS NJ TAX FREE | B | Interest | L | T | | | | | |
| 7.   AMERITRADE | A | Dividend | J | T | | | | | |
| 8.   AVAYA | A | Dividend | J | T | | | | | |
| 9.   NJ DAILY MUNICIPAL INCOME | A | Dividend | J | T | | | | | |
| 10.  ENVIRONMENTAL SOLUTIONS WORLDWIDE | A | Dividend | J | T | | | | | |
| 11.  EATON VANCE NJ MUNI FUND | F | Dividend | J | T | | | | | |
| 12.  FRANKLIN NJ TAX FREE FUND CLASS B | F | Dividend | J | T | | | | | |
| 13.  LINCOLN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 14.  LINCOLN SOCIAL AWARENESS | B | Dividend | K | T | | | | | |
| 15.  LINCOLN AGGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 16.  DELAWARE VIP TREND | B | Dividend | K | T | | | | | |
| 17.  IRA SUN AMERICA | D | Dividend | O | T | | | | | |
| 18.  IRA PUTNAM HEALTH SCIENCES | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L | 6/7/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. IRA PUTNAM INTERNATIONAL NEW OPPORTUNITIES | B | Dividend | J | T | | | | | |
| 20. IRA PUTNAM OTC & EMERGING GROWTH | A | Dividend | J | T | | | | | |
| 21. RENTAL #1 BLLOMFIELD, NJ | E | Rent | | | SOLD | 12/02 | | G | 307 MONTGOMER |
| 22. PNC BANK | A | Interest | J | T | | | | | |
| 23. IRA FRANKLIN ADJUSTABLE US SECURITIES | A | Dividend | J | T | | | | | |
| 24. IRA FIRST INVESTORS TOTAL RETURN A | A | Dividend | J | T | | | | | |
| 25. IRA FIRST INVESTORS BLUE CHIP A | A | Dividend | J | T | | | | | |
| 26. IRA FIRST INVESTORS GROWTH & INCOME A | A | Dividend | J | T | | | | | |
| 27. IRA FIRST INVESTORS MID-CAP OPPORTUNITY A | A | Dividend | J | T | | | | | |
| 28. 401K MFS MID CAP GROWTH FUND A | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LINARES, JOSE L | 6/7/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART 2: PARTIES AND TERMS

SALE OF INTEREST IN LAW PRACTICE OF LINARES , COVIELLO AND SANTANA ESQS. ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% PF FEES THAT WERE DUE TO LINARES, COVIELLO AND SANTANA. ( MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFERRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD LAW FIRM WITH THE NECESSARY EXPERTISE TO HANDLE SAID CASES) I ANTICIPATE THAT MY INCOME FROM THIS SOURCE, OVER THE NEXT TWO YEARS WILL BE BETWEEN $50,000. AND 100,000.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LINARES, JOSE L | 6/7/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬  Date  6/14/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544